**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **BENJAMIN F. KNAPP,**  )  )  **Plaintiff,**  )  v.  )  )  **ZACHRY HOLDING COMPANY, INC.,**  )  f/k/a Zachry Construction Company, Inc.,  )  )  **Defendant.**  ) | Case No. 09-CV-2261 |

### ORDER

A Report and Recommendation (#16) was filed by Magistrate Judge David G. Bernthal in the above cause on August 10, 2010. On August 31, 2010, this court granted the request of the pro se Plaintiff, Benjamin F. Knapp, for additional time to file his objections. This court allowed Plaintiff until September 13, 2010, to file objections to the Report and Recommendation. The time allowed for filing objections, and the additional time allowed by this court, has elapsed and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#16) is accepted by this court.

(2) Defendants' Motion for Order Compelling Arbitration, or in the Alternative Staying, Proceedings (#6) is GRANTED. Accordingly, this court hereby compels the parties to submit Plaintiff's claim against Defendant to arbitration and dismisses this case.

(3) This case is terminated.

ENTERED this   14th   day of   September, 2010.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE